IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOE FRANK JONES                                                                                                           PLAINTIFF

v.                                          Case No. 1:24-cv-01059

NURSE CASEY SANFORD; and
CAPTAIN LISA WORLEY, Jail Administrator,
Union County Detention Center                                                                                  DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on October 22, 2025, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 37). Judge Singleton recommends that Plaintiff's Amended Complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case. (ECF No. 37, at 4).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 37) *in toto*. Accordingly, the Court finds that Plaintiff's Amended Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

**IT IS SO ORDERED**, this 14th day of November, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge